# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH W. WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; MARIA F. CREMER; LAURENCE WUERSTLE; CYNTHIA ABBOTT; STEVEN SACHS; and KIMBERLY NASH,<br><br>    Defendants. | Case No. 12-cv-00150 NC<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Kenneth W. Watkins filed this action for violation of his civil rights and employment discrimination on January 10, 2012. Cmplt., Dkt. No. 1. Plaintiff is required to serve defendants, including the United States Attorney for the Northern District of California ("United States Attorney"), with a copy of the summons and complaint in this matter. FED. R. CIV. P. 4(i)(1)(A)(i), (i)(2). As of the date of this order, defendants have not been served with a summons and a copy of the complaint.

To comply with the Federal Rules of Civil Procedure, Watkins must effectuate service on or before May 10, 2012. FED. R. CIV. P. 4(m). If Watkins fails to serve defendants by May 10, 2012, Watkins must appear before this Court on Wednesday, May 16, 2012, at 10:00 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause why

Case No. 12-cv-00150
ORDER TO SHOW CAUSE

1 this action should not be dismissed for failure to effectuate proper service. FED. R. CIV.
2 P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the
3 court–on motion or on its own after notice to the plaintiff–must dismiss the action.").
4     The case management conference scheduled for April 25, 2012 is continued to
5 May 16, 2012 at 10:00 a.m.

7     IT IS SO ORDERED.

9 DATED: April 12, 2012

      _____
      NATHANAEL M. COUSINS
      United States Magistrate Judge