# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH W. WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; MARIA F. CREMER; LAURENCE WUERSTLE; CYNTHIA ABBOTT; STEVEN SACHS; and KIMBERLY NASH,<br><br>Defendants. | Case No. 12-cv-00150 NC<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING; CONTINUING CASE MANAGEMENT CONFERENCE** |

In this action for violation of his civil rights and employment discrimination, plaintiff Kenneth Watkins has now served all defendants with a copy of the summons and complaint. FED. R. CIV. P. 4(i)(1)(A)(i), (i)(2). Accordingly, the order to show cause hearing schedule for May 16, 2012 is VACATED.

The Court GRANTS defendants' request for a stay of all discovery until July 2, 2012 and CONTINUES the case management conference to July 11, 2012 at 10:00 a.m. The parties must file their case management statements by July 5, 2012.

IT IS SO ORDERED.

DATED: April 14, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-00150
ORDER RE CASE
MANAGEMENT CONFERENCE